J. & T. SWALLOW, Respondents, *v.* M. Y. DUNCAN ET AL., Appellants.

### April 13, 1885.

The appellants having filed neither assignment of errors, nor brief in this case as by statute required, the judgment is affirmed.

APPEAL from Audrain Circuit Court, HON. ELIJAH ROBINSON, Judge.

*Affirmed.*

McFARLAND & TRIMBLE, for respondents.

Opinion by PHILIPS, P. J.

The appellants have filed neither assignment of errors nor brief in this case, as by statute required. The judgment of the circuit court is, therefore, affirmed. All concur.